Robert C. Ryan
Nevada Bar No. 7164
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV  89511
Phone: (775) 327-3000
Fax: (775) 786-6179
rcryan@hollandhart.com

Christopher B. Hadley
(*Pro hac vice to be filed*)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5873
Fax: (801) 618-4238
cbhadley@hollandhart.com

*Attorneys for PTT, LLC d/b/a High 5 Games*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>                    Plaintiff,<br>      v.<br><br>PTT, LLC d/b/a HIGH 5 GAMES, a Delaware limited liability company,<br><br>                    Defendant. | Case No.:  2:14-cv-01483-RFB-NJK<br><br>ORDER GRANTING<br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT [SECOND REQUEST]** |

Pursuant to LR 6-1 and Rule 6(b) of the Federal Rules of Civil Procedure, Defendant PTT, LLC d/b/a High 5 Games ("High 5 Games"), by and through its attorney, Robert C. Ryan, Esq., of the law firm Holland & Hart LLP, moves for a second extension of time to file a responsive pleading to the Complaint.  This Motion is based upon the pleadings and papers on file herein and the attached Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. This is an action for patent infringement.  Konami Gaming filed its Complaint on or about September 12, 2014.  (Dkt. No. 1).  Konami Gaming served High 5 Games with process in this matter on September 22, 2014.  (Dkt. No. 7).  The original due date for High 5 Games to

7444352_2

-1-

answer or otherwise plead in response to the Complaint was October 13, 2014 pursuant to Fed. R. Civ. P. 12.  During settlement discussions, Konami Gaming agreed not to object to High 5 Games filing a responsive pleading by December 12, 2014.

2. On December 12, 2014, the parties stipulated to extending the time to file a responsive pleading to the Complaint to January 12, 2015. (Dkt. No. 8).  Later that same day United States Magistrate Judge Nancy J. Koppe ordered that extension. (Dkt. No. 9).  This extension was the parties' first requested extension of time.

3. High 5 Games' response is due today, January 12, 2015, and as such this request is made before the expiration of time allowed under the Federal Rules of Civil Procedure for High 5 Games to respond.  *See* Fed. R. Civ. P. 6(b).

4. Within several weeks of service of the Complaint on High 5 Games, the parties commenced discussing settlement; and pursuant to these discussions, High 5 Games began collecting information, particularly source code for several dozen gaming products, related to the accusations made in the Complaint.  High 5 Games has been diligently working on collecting this information in a format understandable to Konami Gaming for purposes of settlement and without waiting for discovery requests in this matter.

5. The anticipated time to collect and process the source code and other information for several dozen High 5 Games' games required much more work and was far more voluminous than anticipated.

6. The parties engaged in good-faith settlement discussions and negotiations and High 5 Games initiated significant efforts to collect and provide pre-discovery information to Konami Gaming in an effort to resolve this dispute.  However, additional time is necessary to complete collection of the pertinent information as the parties previously agreed and stipulated to.

7. Given the ongoing nature and substantial information to be exchanged between the parties pursuant to settlement discussions, High 5 Games requests two weeks of additional time, up to and including January 26, 2015, to file a responsive pleading in this matter.

7444352_2

-2-

8. Konami Gaming will not be prejudiced by such a brief extension. Konami Gaming is not seeking any immediate or emergency relief against High 5 Games in the Complaint.

9. This is the second requested extension of time. This request is made in good faith and not in an attempt to delay proceedings.

DATED this 12th day of January, 2015.

HOLLAND & HART LLP

By    */s/ Robert C. Ryan*
Robert C. Ryan, Esq.
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Phone: (775) 327-3000
Fax: (775) 786-6179

Christopher B. Hadley, Esq.
(*Pro hac vice to be filed*)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5873
Fax: (801) 618-4238
cbhadley@hollandhart.com

*Attorneys for Defendant*

IT IS SO ORDERED.
DATED: January 13, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

7444352_2

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2015, a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT [SECOND REQUEST]** was served by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Kimberly P. Stein, Esq.
>Wells Fargo Tower, Suite 1000
>3800 Howard Hughes Parkway
>Las Vegas, NV 89169-5980
>Telephone: (702) 257-1483
>Facsimile: (702) 567-1568
>Email: KStein@HowardandHoward.com
>
>Patrick M. McCarthy (Michigan Bar No. P49100) (pro hac vice to be filed)
>One North Main Building, Suite 410
>101 North Main Street
>Ann Arbor, Michigan 48104-1475
>Telephone: (734) 222-1483
>Fax: (734) 761-5957
>PMcCarthy@HowardandHoward.com
>
>*Attorneys for Plaintiff*

            */s/ Robert C. Ryan*
            Robert C. Ryan

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

7444352_2

-4-