**HOWARD & HOWARD ATTORNEYS PLLC**
Kimberly P. Stein, Esq.
(Nevada Bar No. 8675)
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
Email  KStein@HowardandHoward.com

**HOWARD & HOWARD ATTORNEYS PLLC**
Patrick M. McCarthy (Michigan Bar No. P49100) (*Pro Hac Vice* pending)
One North Main Building, Suite 410
101 North Main Street
Ann Arbor, Michigan 48104-1475
Telephone: (734) 222-1483 | Fax: (734) 761-5957
Email: PMcCarthy@HowardandHoward.com

*Attorneys for Plaintiff Konami Gaming, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC d/b/a High 5 Games., a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:14-CV-01483-RFB-NJK<br><br>**STIPULATION EXTENDING THE TIME TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM [FIRST REQUEST]** |

Pursuant to LR 6-1 and LR 7-1, Plaintiff Konami Gaming, Inc. ("Konami"), by and through its attorneys, the law firm of Howard & Howard Attorneys PLLC, and Defendant

1

PTT, LLC d/b/a High 5 Games ("High 5 Games"), by and through its attorneys, the law firm of Holland & Hart LLP, hereby stipulate and agree as follows:

WHEREAS, on September 12, 2014, Konami filed a Complaint for Patent Infringement against High 5 Games (Dkt. No. 1);

WHEREAS, on January 26, 2015, High 5 Games filed its Answer and Counterclaim to Complaint for Patent Infringement (Dkt. No. 12);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Konami must serve a responsive pleading to High 5 Games' Counterclaim on or before February 16, 2015, which is 21 days after Konami was served with the Counterclaim;

WHEREAS, the parties wish to extend the deadline for Konami to serve a responsive pleading to High 5 Games' Counterclaim for a period of one week, until February 23, 2015, to allow the parties to consider whether High 5 Games' counterclaims should be reconsidered and/or amended in view of, inter alia, the United States Supreme Court decision in *Medtronic, Inc. v. Mirowski Family Ventures, LLC* and Judge Dorsey's recent decision in *Konami Gaming, Inc. v. Marks Studios*, LLC (Case No. 2:14-cv-01485-JAD-CWH).

| Dated this 16th day of February, 2015. | Dated this 16th day of February, 2015. |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | HOLLAND & HART LLP |
| /s/ Kimberly P. Stein<br>Kimberly P. Stein, Esq.<br>Nevada Bar No. 8675<br>Wells Fargo Tower, Suite 1000<br>3800 Howard Hughes Pkwy.<br>Las Vegas, Nevada 89169<br>Telephone: (702) 257-1483<br>Facsimile: (702) 567-1568<br>Email: KStein@HowardandHoward.com | /s/ Robert C. Ryan<br>Robert C. Ryan, Esq.<br>Nevada Bar No. 7164<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>Telephone: (775) 327-3000<br>Facsimile: (775) 786-6179<br>Email: rcryan@hollandhart.com |

Patrick M. McCarthy (Michigan Bar No. P49100) (*Pro Hac Vice* pending)
One North Main Building, Suite 410
101 North Main Street
Ann Arbor, Michigan 48104
Telephone: (734) 222-1483
Facsimile: (734) 761-5957
Email: PMcCarthy@HowardandHoward.com

*Attorneys for Plaintiff Konami Gaming, Inc.*

Ryan A. Loosvelt, Esq.
Nevada Bar No. 8550
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
Email: raloosvelt@hollandhart.com

Christopher B. Hadley, Esq.
(*Pro Hac Vice* to be filed)
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5873
Facsimile: (801) 618-4238
Email: cbhadley@hollandhart.com

*Attorneys for Defendant PTT, LLC d/b/a High 5 Games*

## ORDER

**Pursuant to the Stipulation, IT IS SO ORDERED.**

Dated: February _17_, 2015.

_____
MAGISTRATE JUDGE NANCY J. KOPPE