UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| KONAMI GAMING, INC., | ) | |
| Plaintiff(s), | ) | 2:14-cv-01483-RFB-NJK |
| vs. | ) | |
| PTT, LLC, | ) | ORDER DENYING PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER (Docket No. 25) |
| Defendant(s). | ) | |

Pending before the Court is the parties' proposed discovery plan and scheduling order. Docket No. 25. The proposed discovery plan and scheduling order fails to state the calendar date for the: (1) close of discovery; (2) filing of motions to amend the pleadings or to add parties; (3) disclosures concerning experts; and (4) filing of dispositive motions. *See* Local Rules 26-3(e)(1)-(4). Accordingly, the proposed discovery plan is hereby **DENIED**. The parties shall submit a revised discovery plan, no later than March 30, 2015, that complies with the Local Rules.

IT IS SO ORDERED.

DATED: March 16, 2015

NANCY J. KOPPE
United States Magistrate Judge