Robert C. Ryan (7164)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
rcryan@hollandhart.com

Ryan A. Loosvelt (8550)
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
raloosvelt@hollandhart.com

Christopher B. Hadley
(Admitted *pro hac vice*)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5873
Fax: (801) 618-4238
cbhadley@hollandhart.com

*Attorneys for PTT, LLC d/b/a High 5 Games*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KONAMI GAMING, INC., a Nevada corporation,

          Plaintiff,

v.

PTT, LLC d/b/a HIGH 5 GAMES, a Delaware limited liability company,

          Defendant.

Case No.: 2:14-cv-01483-RFB-NJK

**STIPULATION TO STAY DISCOVERY AND CLAIM CONSTRUCTION DEADLINES**

COMES NOW the above-named parties, by and through their counsel of record, and jointly stipulate to stay discovery and pending claim construction deadlines for sixty (60) days to provide the parties additional time to analyze the technology at issue.

This is a complex patent case involving Plaintiff's allegations of infringement of four patents. The Plaintiff has asserted a total of 64 claims against 63 of defendant High 5's games.

8061808_1

-1-

The parties have exchanged initial contentions in accordance with the Joint Discovery Plan and Scheduling Order set forth in this case. (Dkt. No. 32). During the contention exchange period, plaintiff Konami served Initial Infringement Contentions (44 pages with claim charts), followed by High 5's Initial Non-Infringement, Invalidity and Unenforceability contentions (489 pages with claim charts), and finally, Konami served its Response to High 5's contentions (834 pages with claim charts).

It is clear from the parties' contentions that the parties are in stark disagreement over the nature and operation of the accused technology. The parties therefore seek to stay this case for sixty days in order to exchange further information about the accused technology, and to permit the parties technical representatives to meet and discuss the technology, with the intention of potentially reducing the issues and complexities in this dispute.

During this litigation, the parties have granted each other extensions to various exchanges due to the growing complexity of the case, scheduling issues, change of lead counsel for Plaintiff Konami, and work on other matters. For instance, the parties stipulated to delay the exchange of proposed terms for construction, due on August 26, 2015, and written discovery responses due on September 14, 2015. Here, the parties request a sixty (60) day stay of discovery and the claim construction related deadlines in order to further analyze the accused products, including High 5 producing additional source code, and related documents, to the extent they exist, for the accused games followed by a meeting or series of meetings involving a High 5 technical representative, Konami's technical expert, as well as counsel for the parties to explain and discuss High 5's gaming products, as well as the related source code, and how it operates. The parties believe the stay and the technical representative discussions should enhance both parties' understanding of the accused products and each parties' contentions in an effort to narrow and possibly resolve this dispute or substantial parts of it.

8061808_1

The parties therefore jointly stipulate to stay discovery and the claim construction deadlines up to and including November 13, 2015. Following the stay, and if necessary, the parties will re-engage in discovery and the exchange of claim construction related terms and definitions, and will provide the Court a modified proposed discovery plan and scheduling order for approval.

WHEREFORE, the parties respectfully stipulate and move that the Court should enter an Order amending the Discovery Plan and Scheduling Order in this action, staying discovery and the time for compliance with the claim construction deadlines, through and including November 13, 2015.

DATED this 14th day of September, 2015

| HOWARD & HOWARD ATTORNEYS PLLC | HOLLAND & HART LLP |
|---|---|
| By  /s/ Patrick M. McCarthy | By    /s/ Robert C. Ryan   |
| Robert Hernquist (Nevada Bar No. 10616)<br>Wells Fargo Tower, Suite 1000<br>3800 Howard Hughes Parkway<br>Las Vegas, Nevada 89169-5980<br>RHernquist@HowardandHoward.com | Robert C. Ryan, Esq.<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511<br>rcryan@hollandhart.com |
| Patrick M. McCarthy (Michigan Bar No. P49100) (admitted pro hac vice)<br>2950 South State Street, Suite 360<br>Ann Arbor, Michigan 48104-1475<br>PmcCarthy@HowardandHoward.com | Ryan A. Loosvelt, Esq.<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, NV 89134<br>RALoosvelt@hollandhart.com |
| Kristopher K. Hulliberger (Michigan Bar No. P66903) (admitted pro hac vice)<br>450 West Fourth Street<br>Royal Oak, Michigan 48067-2557<br>kkh@h2law.com | Christopher B. Hadley, Esq.<br>(Admitted p*ro hac vice*)<br>222 South Main St., Suite 2200<br>Salt Lake City, UT 84101<br>cbhadley@hollandhart.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

The parties must file, no later than September 22, 2015, an amended joint discovery plan containing the deadlines granted in this order.
Dated: September 18, 2015

**So Ordered:**

**NANCY J. KOPPE**
**United States Magistrate Judge**