# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KONAMI GAMING, INC., | ) | |
| | ) | Case No. 2:14-cv-01483-RFB-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| | ) | |
| PTT, INC, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is Defendant PTT, LLC's unopposed Motion to Substitute Party. Docket No. 56. On January 13, 2015, Defendant changed its name to High 5 Games, LLC. Docket No. 56 at 2. The parties request that the caption be reformed to reflect that change. *Id*.

For good cause shown, Defendant's motion is **GRANTED**. The Court **INSTRUCTS** the Court Clerk to substitute High 5 Games, LLC for PTT, LLC in the case caption.

IT IS SO ORDERED.

DATED: April 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge