**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KONAMI GAMING, INC., ) <br> ) <br>                             Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HIGH 5 GAMES, LLC, ) <br> ) <br>                             Defendant. ) | Case No. 2:14-cv-01483-RFB-NJK <br><br> ORDER <br><br> (Docket No. 71) |

      Pending before the Court is Plaintiff Konami Gaming, Inc.'s Motion for Reconsideration. Docket No. 71. On August 29, 2016, Defendant filed a response, which states that it will file a motion with its revised proposed redactions "in the next several days." Docket No. 74 at 2. The Court ORDERS Defendant to file its motion with revised redactions no later than **September 13, 2016**.

      IT IS SO ORDERED.

      Dated: September 9, 2016

                                                                                     _____ <br>
                                                                                NANCY J. KOPPE <br>
                                                                                 UNITED STATES MAGISTRATE JUDGE