# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KONAMI GAMING, INC.,

                 Plaintiff,

vs.

HIGH 5 GAMES, LLC,

                 Defendants.

Case No. 2:14-cv-01483-RFB-NJK

ORDER

(Docket No. 77)

Currently pending before the Court is Defendant High 5 Games, LLC's renewed motion to file under seal. Docket No. 77. Local Rule 7-2 provides that any motion "must be supported by a memorandum of points and authorities," which must be combined with the motion into a single document. Defendant's motion contains no legal argument, but rather requests that the Court approve certain revised redactions "[f]or all the reasons" contained in previous motions. Docket No. 77 at 2. Thus, Defendant's motion does not comply with Local Rule 7-2.

Accordingly, the Court hereby **DENIES** Defendant's motion, Docket No. 77, without prejudice. Defendant shall file a renewed motion that complies with the Local Rules no later than September 16, 2016.

IT IS SO ORDERED.

Dated: September 13, 2016

                                                  NANCY J. KOPPE
                                                  United States Magistrate Judge