1
2
3
4                  **UNITED STATES DISTRICT COURT**
5                       **DISTRICT OF NEVADA**
6   KONAMI GAMING, INC.,                )
                                         )        Case No. 2:14-cv-01483-RFB-NJK
7                          Plaintiff,    )
                                         )        ORDER
8   vs.                                  )
                                         )
9   HIGH 5 GAMES, LLC,                   )
                                         )
10                                       )
                                         )
11                         Defendants.   )
                                         )
12

13         Pending before the Court is Defendant's motion to withdraw certain exhibits from the

14   record.  Docket No. 87.  On August 2, 2016, the Court granted Defendant's motion for leave to

15   file under seal.  *See* Docket Nos. 64, 68.  On August 12, 2016, Plaintiff filed a motion for

16   reconsideration.  Docket No. 71.  Plaintiff contended that Defendant's redactions did not meet

17   the relevant sealing standards and that the order prejudiced Plaintiff.  *See id.* at 7-20.  Defendant

18   responded to Plaintiff's motion on August 29, 2016.  Docket No. 74.  Because Defendant was

19   willing to revise its redactions, the Court ordered Defendant to file a renewed motion for leave to

20   file under seal.  Docket No. 76.  Defendant then filed a renewed motion, Docket No. 77, which

21   the Court denied for failure to include a memorandum of points and authorities.  Docket No. 78.

22   The Court ordered Defendant to file a renewed motion for leave to file under seal.  *Id.*

23   Defendant then filed a renewed motion that the Court denied for failure to properly address the

24   sealing standards.  Docket Nos. 79, 85.

25         Originally at issue were Exhibits E and G to a declaration by Christopher B. Hadley

26   (Docket No. 62) that Defendant had filed in support of a motion to limit the number of patent

27   claims asserted by Plaintiff (Docket No. 60).  *See, e.g.*, Docket No. 71.  Defendant now moves to

28   withdraw all versions of these exhibits from the docket.  *See* Docket No. 87.

Accordingly, the Court **ORDERS** that the following documents be **STRICKEN** from the record and **RESTRICTED** from public view:

1.     Docket No. 62;

2.     Docket No. 77-1;

3.     Docket No. 77-2;

4.     Docket No. 80-1; and

5.     Docket No. 80-2

The Court **ORDERS** Defendant to re-file the declaration of Christopher B. Hadley (Docket No. 62) in support of its motion to limit the number of asserted patent claims (Docket No. 60) with all appropriate exhibits, no later than **October 19, 2016**.

The Court additionally **VACATES** its prior order granting Defendant's motion for leave to file documents under seal, Docket No. 68.  The Court **DENIES** Plaintiff's motion for reconsideration, Docket No. 71, as moot.

IT IS SO ORDERED.

Dated: October 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2