**HOWARD & HOWARD ATTORNEYS PLLC**
Robert Hernquist (Nevada Bar No. 10616)
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483 | Facsimile: (702) 567-1568
Email: RHernquist@HowardandHoward.com

Patrick M. McCarthy (Michigan Bar No. P49100) (admitted *pro hac vice*)
2950 S. State Street, Suite 360
Ann Arbor, Michigan 48104-1475
Telephone: (734) 222-1483 | Fax: (734) 761-5957
Email: PMcCarthy@HowardandHoward.com

Kristopher K. Hulliberger (Michigan Bar No. P66903) (admitted *pro hac vice*)
Christopher J. Worrel (Michigan Bar No. P75441) (admitted *pro hac vice*)
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Telephone: (248) 723-0453 | Fax: (248) 645-1568
Email: KHulliberger@HowardandHoward.com; CWorrel@HowardandHoward.com

*Attorneys for Plaintiff Konami Gaming, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>Defendant/Counterclaim-Plaintiff | Case No.: 2:14-CV-01483-RFB-NJK<br><br>**JOINT STIPULATION TO AMEND THE JOINT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER AND TO EXTEND TIME**<br><br>**(Third Request)** |

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff Konami Gaming, Inc. ("Konami" or "Plaintiff") and Defendant High 5 Games, LLC ("High 5" or "Defendant") hereby stipulate for the extension of time (1) to file Konami's Reply Claim Construction Brief, presently scheduled for October 28, 2016; (2) to file Konami's Response to High 5's Motion for Summary Judgment, presently scheduled for November 14, 2016; and (3) to file High 5's Reply in support of their Motion for Summary Judgment, presently anticipated for November 21, 2016.

**WHEREAS**, the parties to this action filed a proposed Joint Discovery Plan and Scheduling Order ("Scheduling Order") on March 13, 2015 (Docket No. 25);

**WHEREAS**, the Court denied the proposed Scheduling Order on March 16, 2015 (Docket No. 26);

**WHEREAS**, the parties filed a revised proposed Scheduling Order on March 30, 2015 (Docket No. 29);

**WHEREAS**, the Court so ordered the Scheduling Order on April 2, 2015 (Docket No. 32);

**WHEREAS**, the parties stipulated to stay discovery and Claim Construction Deadlines on September 14, 2015;

**WHEREAS**, the Court so ordered the stay on September 18, 2015 (Docket No. 43);

**WHEREAS**, the parties filed a further amended proposed Scheduling Order on September 22, 2015 (Docket No. 45);

**WHEREAS**, the Court so order the Scheduling Order on September 23, 2015 (Docket No. 46);

**WHEREAS**, the parties stipulated for the extension of time for discovery deadlines on November 11, 2015 (Docket No. 51);

**WHEREAS**, the Court so order the Scheduling Order on November 12, 2015 (Docket No. 52);

**WHEREAS**, the parties have completed disclosure of infringement and non-infringement contentions and are currently engaging in ongoing fact discovery;

**WHEREAS**, the claim construction process is on-going and the parties have not yet completed expert discovery;

**WHEREAS**, counsel for the Konami has out-of-state court hearings during the week of October 31st that requires extensive preparation this week and counsel has a trial out-of-state during the week of November 15, all of which impacts the ability to timely complete the briefing;

**WHEREAS**, counsel for the parties have met and conferred, recognizing the complexity of the claim construction and summary judgment issues outstanding before the Court;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that the Scheduling Order and the motion response deadlines shall be amended as follows:

| Event | Proposed Date |
|---|---|
| Konami's Reply Claim Construction Brief (LR 1-16) | November 11, 2016 |
| Konami's Response to High 5's Motion for Summary Judgement (Docket No. 92) | December 2, 2016 |
| High 5's Reply in support of High 5's Motion for Summary Judgment (Docket No. 92) | December 16, 2016 |

**IT IS FURTHER STIPULATED AND AGREED** that nothing herein alters the obligations and requirements in the Scheduling Order and that this Stipulation is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD,**

Dated: October 25, 2016

By: /s/Robert Hernquist

HOWARD & HOWARD ATTORNEYS
Robert Hernquist
  Nevada Bar No. 10616
Patrick M. McCarthy
  Michigan Bar P49100, admitted *pro hac vice*
Kristopher K. Hulliberger
  Michigan Bar P66903, admitted *pro hac vice*
Christopher J. Worrel
  Michigan Bar P75441, admitted *pro hac vice*

*Attorneys for Plaintiff Konami Gaming*

Dated: October 25, 2016

By: /s/Robert C. Ryan

HOLLAND & HART LLP
Robert C. Ryan, Esq.
  Nevada Bar No. 7164
Ryan A. Loosvelt, Esq.
  Nevada Bar No. 8550
Christopher B. Hadley, Esq.
  (admitted *pro hac vice*)
Teague I. Donahey
  (admitted *pro hac vice*)

*Attorney's for Defendant High 5 Games*

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

Dated: 11/7/16

_____
RICHARD F. BOULWARE, II
United States District Judge

3