Robert C. Ryan (7164)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
rcryan@hollandhart.com

Ryan A. Loosvelt (8550)
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
raloosvelt@hollandhart.com

Christopher B. Hadley
(Admitted *pro hac vice*)
DART, ADAMSON & DONOVAN
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
Phone: (435) 615-2264
Fax: (435) 608-1697
cbhadley@dadlaw.net

Teague I. Donahey
(Admitted *pro hac vice*)
HOLLAND & HART LLP
800 West Main Street, 17th Floor
Boise, ID 83702
Phone: (208) 383-3988
Fax: (208) 343-8869
tidonahey@hollandhart.com

*Attorneys for High 5 Games, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>HIGH 5 GAMES, LLC a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:14-cv-01483-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND HIGH 5 GAMES, LLC'S TIME TO FILE ITS MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS AND FOR KONAMI GAMING, INC.'S RESPONSE**<br><br>**(FIRST REQUEST)** |

COMES NOW the above-named parties, by and through their counsel of record, and jointly stipulate to extend the deadlines for filing and responding to Defendant High 5 Games, LLC's ("High 5") Motion for Attorneys' Fees and Non-Taxable Costs.

WHEREAS, on February 22, 2018, the Court granted High 5's Motion for Summary Judgment on all asserted claims, denied all other motions as moot, and instructed the Clerk of the Court to close the case (ECF No. 155);

-1-

WHEREAS High 5's Motion for Attorneys' Fees and Non-Taxable Costs ("Motion") is due to be filed on March 8, 2018, according to LR 54-14(a) and Fed. R. Civ. P. 54(d)(2);

WHEREAS Konami Gaming, Inc.'s ("Konami") deadline to respond to the Motion would be due to be filed on March 22, 2018;

WHEREAS High 5 has requested additional time to file its Motion due to an omnibus Summary Judgment hearing set for March 16, 2018, before Judge Du in the United States District Court for the District of Nevada-Reno (Case Number: 15-cv-00294-MMD-VPC). This hearing involves multiple motions and cross-motions for Summary Judgment related to copyright, trademark, trade secret, and other complex tort and contract claims. Counsel for High 5, Robert Ryan and Chris Hadley, are both engaged in preparing for and presenting at the March 16 hearing. In addition, Robert Ryan, will be out of the country for vacation from March 6 to March 14, and will be unable to participate in preparation of the Motion during that time;

WHEREAS the parties have stipulated to extend their respective deadlines by one-week;

WHEREA High 5's deadline to file its Motion would be extended up to and including March 15, 2018. Konami's deadline to file its response to the Motion would be extended up to and including April 5, 2018;

WHEREAS this is the parties first request to extend time related to the Motion; and

WHEREAS the Court has not yet set a date for the hearing on the Motion.

IT IS HEREBY STIPULATED, that:

1. High 5's deadline to file its Motion for Attorneys' Fees and Non-Taxable Costs is extended up to and including March 15, 2018.

2. Konami's deadline to file its response to High 5's Motion is extended up to and including April 5, 2018.

3. This stipulation is made in good faith and not for the purpose of delay.

DATED this 6th day of March, 2018.

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | HOLLAND & HART LLP |
| By */s/ Kristopher K. Hulliberger* | By */s/ Robert C. Ryan* |
| Robert Hernquist, Esq. (Nevada Bar No. 10616) Wells Fargo Tower, Suite 1000 3800 Howard Hughes Parkway Las Vegas, Nevada 89169-5980 RHernquist@HowardandHoward.com | Robert C. Ryan, Esq. 5441 Kietzke Lane, Second Floor Reno, Nevada 89511 rcryan@hollandhart.com |
| Patrick M. McCarthy, Esq. (Michigan Bar No. P49100) (admitted *pro hac vice*) 2950 South State Street, Suite 360 Ann Arbor, Michigan 48104-1475 PmcCarthy@HowardandHoward.com | By /s/ *Christopher B. Hadley* Christopher B. Hadley, Esq. (Admitted p*ro hac vice*) DART ADAMSON & DONOVAN 1225 Deer Valley Dr., Ste. 201 Park City, Utah 84060 cbhadley@dadlaw.net |
| Kristopher K. Hulliberger, Esq. (Michigan Bar No. P66903) (admitted *pro hac vice*) 450 West Fourth Street Royal Oak, Michigan 48067-2557 kkh@h2law.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED.

Dated: March 6, 2018.

RICHARD F. BOUWLARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2018, a true and correct copy of the **STIPULATION AND [PROPOSED] ORDER TO EXTEND HIGH 5 GAMES, LLC'S TIME TO FILE ITS MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS AND FOR KONAMI GAMING, INC.'S RESPONSE** was filed using the Court's ECF system on the following attorneys of record:

>Robert Hernquist
>(Nevada Bar No. 10616)
>HOWARD & HOWARD ATTORNEYS PLLC
>Wells Fargo Tower, Suite 1000
>3800 Howard Hughes Parkway
>Las Vegas, NV 89169-5980
>Telephone: (702) 257-1483 | Facsimile: (702) 567-1568
>Email: RHernquist@HowardandHoward.com
>
>Patrick M. McCarthy
>(Michigan Bar No. P49100) (admitted *pro hac vice*)
>HOWARD & HOWARD ATTORNEYS PLLC
>One North Main Building, Suite 410
>101 North Main Street
>Ann Arbor, Michigan 48104-1475
>Telephone: (734) 222-1483 | Fax: (734) 761-5957
>Email: PMcCarthy@HowardandHoward.com
>
>Kristopher K. Hulliberger
>(admitted *pro hac vice*)
>HOWARD & HOWARD ATTORNEYS PLLC
>450 W. 4th Street
>Royal Oak, Michigan 48067
>Telephone: (248) 723-0453 | Fax: (248) 645-1568
>Email: kkh@h2law.com
>PMcCarthy@HowardandHoward.com
>
>
>*Attorneys for Plaintiff*

>>*/s/ Christopher B. Hadley*
>>Christopher B. Hadley