**HOWARD & HOWARD ATTORNEYS PLLC**
W. West Allen (Nevada Bar No. 5566)
Robert Hernquist (Nevada Bar No. 10616)
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483 | Facsimile: (702) 567-1568
Email: WWA@h2law.com; RHernquist@HowardandHoward.com

Patrick M. McCarthy (Michigan Bar No. P49100) (admitted *pro hac vice*)
115 West Huron, Suite 700
Ann Arbor, Michigan 48104-1475
Telephone: (734) 222-1483 | Fax: (734) 761-5957
Email: PMcCarthy@HowardandHoward.com

Kristopher K. Hulliberger (Michigan Bar No. P66903) (admitted *pro hac vice*)
Christopher J. Worrel (Michigan Bar No. P75441) (admitted *pro hac vice*)
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Telephone: (248) 723-0453 | Fax: (248) 645-1568
Email: KHulliberger@HowardandHoward.com; CWorrel@HowardandHoward.com

*Attorneys for Plaintiff Konami Gaming, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>Plaintiff,<br>v.<br>HIGH 5 GAMES, LLC, a Delaware limited liability company,<br>Defendant. | Case No.: 2:14-CV-01483-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO HIGH 5 GAMES, LLC'S AMENDED MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**<br><br>**(FIRST REQUEST)** |
| HIGH 5 GAMES, LLC, a Delaware limited liability company,<br>Counterclaim-Plaintiff,<br>v.<br>KONAMI GAMING, INC., a Nevada corporation,<br>Counterclaim-Defendant. | |

1. COMES NOW the above-names parties, by and through their counsel of record, and jointly stipulate to extend the deadlines for filing and responding to Plaintiff Konami Gaming, Inc. ("Konami") Opposition to High 5 Games, LLC's ("High Five") Amended Motion for Attorneys' Fees and Non-Taxable Costs ("Amended Motion").

WHEREAS on April 8, 2019, High 5 filed its Amended Motion for Attorneys' Fees and Non-Taxable Expenses (ECF No. 181);

WHEREAS Konami's deadline to respond to the Amended Motion is due to be filed on April 22, 2019;

WHEREAS Konami has requested additional time to file its opposition to adequately review High 5's Amended Motion and associated exhibits that spans 977 pages with over 500 pages of detailed billings;

WHEREAS the parties have stipulated to extend Konami's deadline to file its opposition to May 6, 2019;

WHEREAS this is Konami's first request for an extension of time of its opposition to High 5's Amended Motion;

IT IS HEREBY STIPULATED, that Konami's opposition to High 5's Amended Motion is due on May 6, 2019.

IT IS SO ORDERED.

Dated: April 17, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1

| | |
|---|---|
| Dated this 15th day of April, 2019. | Dated this 15th day of April, 2019. |
| HOWARD & HOWARD ATTORNEYS PLLC | HOLLAND & HART LLP |
| /s/ Kristopher K. Hulliberger | /s/ Teague I. Donahey |
| W. West Allen (Nevada Bar No. 5566) | Robert C. Ryan, Esq. |
| Robert Hernquist (Nevada Bar No. 10616) | Nevada Bar No. 7164 |
| Wells Fargo Tower, Suite 1000 | 5441 Kietzke Lane, Second Floor |
| 3800 Howard Hughes Pkwy. | Reno, Nevada 89511 |
| Las Vegas, Nevada 89169 | Telephone: (775) 327-3000 |
| Telephone: (702) 257-1483 | Facsimile: (775) 786-6179 |
| Facsimile: (702) 567-1568 | Email: rcryan@hollandhart.com |
| Email: WWA@h2law.com | |
| RHernquist@HowardandHoward.com | |
| Patrick M. McCarthy (Michigan Bar No. P49100) (admitted *Pro Hac Vice*) | Teague I. Donahey, Esq. (Admitted *pro hac vice*) |
| 115 West Huron, Suite 700 | 800 West Main Street, 17th Fl. |
| Ann Arbor, MI 48104 | Boise, Idaho 87302 |
| Telephone: (734) 222-1483 | Telephone: (208) 383-3988 |
| Facsimile: (734) 761-5957 | Facsimile: (208) 343-8869 |
| Email: PMcCarthy@howardandhoward.com | Email: tidonahey@hollandhart.com |
| Kristopher K. Hulliberger | Christopher B. Hadley, Esq. |
| (Michigan Bar No. P66903) | (*Pro Hac Vice* to be filed) |
| (admitted *pro hac vice*) | JONES WALDO HOLBROOK & MCDONOUGH, PC |
| Christopher J. Worrel (Michigan Bar No. 75441) | |
| (admitted *pro hac vice*) | 1141 West Ute Boulevard, Suite 330 |
| 450 West Fourth Street | Park City, Utah 84098 |
| Mt. Clemens, MI 48067 | Telephone: (435) 200-0085 |
| Telephone: (248) 723-0453 | Facsimile: (435) 200-0084 |
| Facsimile: (248) 645-1568 | Email: chadley@joneswaldo.com |
| *Attorneys for Konami Gaming, Inc.* | *Attorneys for High 5 Games* |