| | |
|---|---|
| Robert C. Ryan (7164)<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>Phone: (775) 327-3000<br>Fax: (775) 786-6179<br>rcryan@hollandhart.com | Christopher B. Hadley<br>(Admitted *pro hac vice*)<br>JONES WALDO HOLBROOK &<br>MCDONOUGH, PC<br>1141 West Ute Boulevard, Suite 330<br>Park City, Utah 84098<br>Phone: (435) 200-0085<br>Fax: (435) 200-0084<br>chadley@joneswaldo.com |
| Teague I. Donahey<br>(Admitted *pro hac vice*)<br>HOLLAND & HART LLP<br>800 West Main Street, 17th Floor<br>Boise, Idaho 87302<br>Phone: (208) 383-3988<br>Fax: (208) 343-8869<br>tidonahey@hollandhart.com | Jonathan A. Fallon<br>(Admitted *pro hac vice*)<br>HIGH 5 GAMES, LLC<br>One World Trade Center, Floor 58<br>New York, NY 10007<br>Phone: (212) 604-3474<br>Jon.Fallon@high5games.com |

*Attorneys for Defendant High 5 Games, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KONAMI GAMING, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendant. | Case No.: 2:14-cv-01483-RFB-NJK<br><br>**STIPULATION AND [PROPOSED ORDER] TO EXTEND DEFENDANT HIGH 5 GAMES LLC'S TIME TO FILE REPLY IN SUPPORT OF AMENDED MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**<br><br>**(FIRST REQUEST)** |

COMES NOW the above-names parties, by and through their counsel of record, and jointly stipulate to extend the deadline for filing the Reply in Support of High 5 Games, LLC's ("High 5") Amended Motion for Attorneys' Fees and Non-Taxable Costs ("Amended Motion").

WHEREAS on April 8, 2019, High 5 filed its Amended Motion for Attorneys' Fees and Non-Taxable Costs (ECF No. 181);

WHEREAS Konami filed its Opposition to High 5's Amended Motion on May 6, 2019 (ECF No. 190);

WHEREAS High 5's deadline to file its Reply is May 13, 2019;

WHEREAS due to other client demands of High 5's counsel, High 5 has requested additional time, one-week, to file its Reply in Support of the Amended Motion;

WHEREAS the parties have stipulated to extend High 5's deadline to file its Reply, by one-week, up to and including May 20, 2019; and

WHEREAS this is High 5's first request for an extension of time for its Reply in support of the Amended Motion and in response to Konami's Opposition.

IT IS HEREBY STIPULATED, that High 5's Reply is due on May 20, 2019.

| | |
|---|---|
| Dated this 10th day of May, 2019. | Dated this 10th day of May, 2019. |
| HOWARD & HOWARD ATTORNEYS PLLC | HOLLAND & HART LLP |
| /s/ Kristopher K. Hulliberger | /s/ Christopher B. Hadley |
| W. West Allen (Nevada Bar No. 5566) | Robert C. Ryan, Esq. |
| Robert Hernquist (Nevada Bar No. 10616) | Nevada Bar No. 7164 |
| Wells Fargo Tower, Suite 1000 | 5441 Kietzke Lane, Second Floor |
| 3800 Howard Hughes Pkwy. | Reno, Nevada 89511 |
| Las Vegas, Nevada 89169 | Telephone: (775) 327-3000 |
| Telephone: (702) 257-1483 | Facsimile: (775) 786-6179 |
| Facsimile: (702) 567-1568 | Email: rcryan@hollandhart.com |
| Email: WWA@h2law.com | |
| RHernquist@HowardandHoward.com | |
| Patrick M. McCarthy (Michigan Bar No. P49100) (admitted *Pro Hac Vice*) | Teague I. Donahey, Esq. (Admitted *pro hac vice*) |
| 115 West Huron, Suite 700 | 800 West Main Street, 17th Fl. |
| Ann Arbor, MI 48104 | Boise, Idaho 87302 |
| Telephone: (734) 222-1483 | Telephone: (208) 383-3988 |
| Facsimile: (734) 761-5957 | Facsimile: (208) 343-8869 |
| Email: PMcCarthy@howardandhoward.com | Email: tidonahey@hollandhart.com |
| Kristopher K. Hulliberger | Christopher B. Hadley, Esq. |
| (Michigan Bar No. P66903) | (Admitted *pro hac vice*) |
| (admitted *pro hac vice*) | JONES WALDO HOLBROOK & MCDONOUGH, PC |
| Christopher J. Worrel (Michigan Bar No. 75441) | |
| (admitted *pro hac vice*) | 1141 West Ute Boulevard, Suite 330 |
| 450 West Fourth Street | Park City, Utah 84098 |
| Mt. Clemens, MI 48067 | Telephone: (435) 200-0085 |
| Telephone: (248) 723-0453 | Facsimile: (435) 200-0084 |
| Facsimile: (248) 645-1568 | Email: chadley@joneswaldo.com |
| *Attorneys for Konami Gaming, Inc.* | *Attorneys for High 5 Games, LLC* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14th day of May, 2019.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2019, the foregoing **STIPULATION AND [PROPOSED ORDER] TO EXTEND DEFENDANT HIGH 5 GAMES LLC'S TIME TO FILE REPLY IN SUPPORT OF AMENDED MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE EXPENSES** was filed via the CM/ECF system upon Plaintiff's counsel of record, including:

> Robert Hernquist
> (Nevada Bar No. 10616)
> HOWARD & HOWARD ATTORNEYS PLLC
> Wells Fargo Tower, Suite 1000
> 3800 Howard Hughes Parkway
> Las Vegas, NV 89169-5980
> Telephone: (702) 257-1483 | Facsimile: (702) 567-1568
> Email: RHernquist@HowardandHoward.com
>
> Patrick M. McCarthy
> (Michigan Bar No. P49100) (admitted *pro hac vice*)
> HOWARD & HOWARD ATTORNEYS PLLC
> One North Main Building, Suite 410
> 101 North Main Street
> Ann Arbor, MI 48104-1475
> Telephone: (734) 222-1483 | Fax: (734) 761-5957
> Email: PMcCarthy@HowardandHoward.com
>
> Kristopher K. Hulliberger
> (admitted *pro hac vice*)
> HOWARD & HOWARD ATTORNEYS PLLC
> 450 W. 4th Street
> Royal Oak, MI 48067
> Telephone: (248) 723-0453 | Fax: (248) 645-1568
> Email: kkh@h2law.com
> PMcCarthy@HowardandHoward.com
>
> *Attorneys for Plaintiff*

                                          */s/ Christopher B. Hadley*
                                          Christopher B. Hadley